| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | LAURENCE F. PULGRAM (CSB No. 115163)<br>lpulgram@fenwick.com<br>JENNIFER L. KELLY (CSB No. 193416)<br>jkelly@fenwick.com<br>ERIC J. BALL (CSB No. 241327)<br>eball@fenwick.com<br>GUINEVERE L. JOBSON (CSB No. 251907)<br>gjobson@fenwick.com<br>MATTHEW B. BECKER (CSB No. 291865)<br>mbecker@fenwick.com<br>FENWICK & WEST LLP<br>555 California Street<br>San Francisco, CA  94104<br>Telephone:   415.875.2300<br>Facsimile:    415.281.1350 |
| 9 | Attorneys for Plaintiff and Counterdefendant<br>NEXTDOOR.COM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NEXTDOOR.COM, INC., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>RAJ ABHYANKER, an individual,<br><br>　　　　　　Defendant. | Case No. 3:12-cv-05667-EMC<br><br>[~~PROPOSED~~] ORDER RELATING THIS CASE WITH CASE NO. 4:14-CV-2335-KAW<br><br>(Denied) |
| RAJ ABHYANKER, an individual,<br><br>　　　　　　Counterclaimant,<br><br>　v.<br><br>NEXTDOOR.COM, INC., a Delaware corporation; PRAKASH JANAKIRAMAN, an individual; BENCHMARK CAPITAL PARTNERS, L.P., a Delaware limited partnership; BENCHMARK CAPITAL MANAGEMENT CO. LLC, a Delaware limited liability company; SANDEEP SOOD, an individual; MONSOON ENTERPRISES, INC., a California corporation, and DOES 1-50, inclusive,<br><br>　　　　　　Counterdefendants. | |

[PROPOSED] ORDER RELATING CASES　　　　　　　　　　　　　　　　　　　　CASE NO. 3:12-cv-05667-EMC

1  A Motion for Administrative Relief to Consider Whether Cases Should be Related
2  pursuant to L.R. 3-12 and 7-11 has been filed.  The Court hereby finds that the more recently-
3  filed case below is related to this case assigned to me, and such case shall be reassigned to me.
4  *Fatdoor, Inc. and Raj Abhyanker v. Nextdoor.com, Inc.*, No. 4:14-cv-2335-KAW (filed
5  May 20, 2014)
6  This case shall now bear the number 4:14-cv-2335-EMC.  All future filings in this case
7  are to bear this number.        `Denied.  Not related.`

8

9  IT IS SO ORDERED.

10
                    June 30, 2014
11  Dated: _____



15  _____
    The Honorable E[dward M. Chen]
16  United States Dis[trict Judge]