1 **RAJ V. ABHYANKER,** CA State Bar No. 233284
raj@legalforcelaw.com
2 **SCOTT J. ALLEN**, CA State Bar No. 178925
scott@legalforcelaw.com
3 **NICK GEROVAC**, CA State Bar No. 289910
nick@legalforcelaw.com
4 **ROY MONTGOMERY**, CA State Bar No. 279531
roy@legalforcelaw.com
5 **BRUNO W. TARABICHI**, CA State Bar No. 215129
bruno@legalforcelaw.com

**LEGALFORCE RAJ ABHYANKER, P.C.**
1580 W. El Camino Real, Suite 13
Mountain View, California 94040
Telephone:  650.965.8731
Facsimile:   650.989.2131

Attorneys for Plaintiff
FATDOOR, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FATDOOR, INC., a Delaware corporation, | Case No. 5:14-cv-02335-BLF |
| Plaintiff, | **TERMINATION OF COUNSEL** |
| vs. | |
| NEXTDOOR.COM, INC., a Delaware corporation, | |
| Defendant. | |

    Fatdoor, Inc. hereby provides notice that it has terminated the counsel of Roy P. Montgomery on this case.

                                                            Respectfully submitted,

Dated:  June 30, 2014                     /s/ Raj V. Abhyanker
                                                            Raj V. Abhyanker
                                                            Attorney for Fatdoor, Inc.

-1-    TERMINATION OF COUNSEL BY FATDOOR, INC.
           5:14-cv-02335-BLF