Daniel S. Mount, Esq. (Cal. Bar No. 77517)
Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
Jing H. Cherng (Cal. Bar No. 265017)
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA  95110-2740
Phone: (408) 279-7000
Fax:     (408) 998-1473
Email:  dmount@mount.com; dfingerman@mount.com;
        gcherng@mount.com

Counsel for Fatdoor Inc. and Raj Abhyanker

U.S. District Court
Northern District of California, San Jose Division

Fatdoor Inc. and Raj Abhyanker

       Plaintiff

vs.

Nextdoor.com Inc.

       Defendant

Case No. 5:14-cv-02335-BLF
 Order re:
**Stipulation to Continue CMC and Related Deadlines**

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1

2

3

4

5

6

Plaintiffs and counterclaim defendants Fatdoor Inc. and Raj Abhyanker have recently retained new counsel, and their new first appeared in this action on July 21, 2014. The parties stipulate and request that the court continue the initial Case Management Conference (CMC) and Rule 26(f) deadlines for this case by two weeks to allow adequate time for this new counsel to become sufficiently familiar with the issues to have meaningful conferences. Below are the original dates set in this court's May 21, 2014 scheduling order and the proposed new dates.

| Event | Original Date | Proposed Date | Date Adopted by Court |
|---|---|---|---|
| Deadline to Hold Rule 26(f) Conference | July 17, 2014 | July 31, 2014 | July 31, 2014 |
| Deadline to File Rule 26(f) Report | July 31, 2014 | August 14, 2014 | August 14, 2014 |
| Initial CMC | August 7, 2014, 1:30 pm | August 21, 2014, 1:30 pm | August 21, 2014, 1:30 p.m. in Courtroom 3, 5th Floor, San Jose |

Date: July 22, 2014

Mount, Spelman & Fingerman, P.C.
        /s/ Daniel H. Fingerman
Counsel for Fatdoor Inc. and Raj Abhyanker

Date: July 22, 2014

Fenwick & West LLP
        /s/ Bryan A. Kohm
Counsel for Nextdoor.com Inc.

As the attorney filing this document, I attest that each signatory has concurred in this filing.

Date: July 22, 2014

Mount, Spelman & Fingerman, P.C.
        /s/ Daniel H. Fingerman
Counsel for Fatdoor Inc. and Raj Abhyanker

Pursuant to stipulation, it is so ordered. The dates listed above are continued, as stated above.

Date: July 23, 2014

U.S. District Judge Beth Labson Freeman

MOUNT, SPELMAN & FINGERMAN, P.C.
RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000