UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FATDOOR, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NEXTDOOR.COM, INC.,<br><br>　　　　Defendant. | Case No.  14-cv-02335-BLF<br><br>**CASE MANAGEMENT ORDER** |

　　　On August 21, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

　　　IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Claims Construction Tutorial | 07/10/2015 at 9:00 AM |
| Claims Construction Hearing | 07/17/2015 at 9:00 AM |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2  are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4  orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a stipulation
6  and proposed order regarding dates to claims construction by 02/27/2015.

8  Dated:  August 21, 2014

      _____
      BETH LABSON FREEMAN
      United States District Judge