LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
ADAM LEWIN (CSB No. 284905)
alewin@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendant
NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FATDOOR, INC., and RAJ ABHYANKER,<br><br>Plaintiffs,<br><br>v.<br><br>NEXTDOOR.COM, INC.,<br><br>Defendant. | Case No. 5:14-cv-02335-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PARTIAL STAY AND WITHDRAWAL OF FATDOOR, INC.'S MOTION TO STAY**<br><br>Dept.:   Courtroom 3, 5th Floor<br>Judge:   Hon. Beth Labson Freeman |

STIPULATION AND [PROPOSED] ORDER
RE PARTIAL STAY AND WITHDRAW OF
MOTION                                                                1                                          Case No. 5:14-cv-02335-BLF

The Parties hereby stipulate and agree as follows:

WHEREAS, on May 20, 2014, Fatdoor, Inc. ("Fatdoor") and Raj V. Abhyanker ("Abhyanker") filed a complaint for patent infringement of U.S. Patent No. 8,732,091 against Nextdoor.com, Inc. ("Nextdoor");

WHEREAS, on June 18, 2014, Abhyanker filed a notice of voluntary dismissal without prejudice, wherein he dismissed without prejudice his claims against Nextdoor;

WHEREAS, on June 24, 2014, Nextdoor filed its answer and counterclaims, including allegations of lack of ownership and standing on the part of Fatdoor and Abhyanker, and including counterclaims seeking declaratory relief as to U.S. Patent No. 8,738,545;

WHEREAS, on July 14, 2014, Nextdoor filed its first amended answer and counterclaims;

WHEREAS, on July 15, 2014, Fatdoor filed its first amended complaint, including allegations of infringement of U.S. Patent Nos. 8,732,091, 8,738,545 and 8,775,328 (collectively, "patents-in-suit");

WHEREAS, on August 1, 2014, Nextdoor filed its answer and counterclaims to the first amended complaint, including allegations of lack of ownership and standing;

WHEREAS, on August 25, 2014, Fatdoor filed a complaint against Google Inc. and IP Analytics, LLC seeking, among other things, a declaration that Fatdoor owns all interest and title in the patents-in-suit to the exclusion of Google and IP Analytics (the "DJ Suit");

WHEREAS, on September 5, 2014, Fatdoor filed its Motion to Stay or in the Alternative Dismiss Without Prejudice (Dkt. No. 52, the "Motion");

WHEREAS, on September 15, 2014, Nextdoor recorded an assignment with the United States Patent and Trademark Office executed by IP Analytics and GeoTag, Inc. assigning any and all rights and interests they had, if any, in the patents-in-suit to Nextdoor;

WHEREAS, in light of the assignment by GeoTag and IP Analytics of their interests in the patents-in-suit to Nextdoor, Nextdoor believes, and Fatdoor disputes, that Fatdoor's claims of patent infringement necessarily fail either because Fatdoor lacks standing and/or Nextdoor maintains an ownership interest in the patents-in-suit and therefore cannot infringe them;

1    WHEREAS, Nextdoor therefore believes, and Fatdoor disputes, that resolution of the dispute between the parties concerning standing and ownership of the patents-in-suit will necessarily resolve Fatdoor's claims of patent infringement;

   WHEREAS, the parties agree that resolution of the dispute between the parties concerning standing and ownership of the patents-in-suit will narrow the issues between the parties;

   WHEREAS, the parties agree that the DJ Suit should now be consolidated with this action;

   WHEREAS, the parties agree that a partial stay of the present action to the extent that it relates to issues of infringement, validity and enforceability of the patents-in-suit is appropriate because it will preserve the resources of the parties and the Court;

   WHEREAS, in light of the parties' agreement, Fatdoor desires to withdraw the pending Motion;

   IT IS THEREFORE STIPULATED, (i) all discovery and deadlines relating to claim construction, infringement, validity, and enforceability of the patents-in-suit shall be stayed pending resolution of the dispute between the parties concerning standing and ownership of the patents-in-suit, or until such other time the Court determines to lift the stay; and (ii) Fatdoor's pending Motion is hereby withdrawn.

Dated   September 26, 2014          Fenwick & West LLP


                                    By:   */s/ Bryan A. Kohm*
                                              Bryan A. Kohm

                                    Attorneys for Defendant
                                    Nextdoor.com, Inc.


Dated   September 26, 2014          Mount, Spelman & Fingerman, P.C.


                                    By:   */s/ Daniel Fingerman*
                                              Daniel Fingerman

                                    Attorneys for Plaintiffs
                                    Fatdoor, Inc. and Raj Abhyanker

STIPULATION AND [PROPOSED] ORDER
RE PARTIAL STAY AND WITHDRAW OF                3          Case No. 5:14-cv-02335-BLF
MOTION

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed" signature (/s/) within this e-filed document.

Dated   September 26, 2014          By: */s/ Bryan A. Kohm*
                                         Bryan A. Kohm

                                         Attorneys for Defendant
                                         Nextdoor.com, Inc.

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RE PARTIAL STAY AND WITHDRAW OF
MOTION                                        4                    Case No. 5:14-cv-02335-BLF

**[PROPOSED] ORDER**

In accordance with the foregoing stipulation, the Court hereby ORDERS:

(i) All discovery and deadlines relating to claim construction, infringement, validity, and enforceability of the patents-in-suit shall be stayed pending resolution of the dispute between the parties concerning standing and ownership of the patents-in-suit, or until such other time the Court determines to lift the stay;

(ii) Fatdoor's Motion to Stay or in the Alternative Dismiss Without Prejudice (Dkt. No. 52) is hereby withdrawn.

IT IS FURTHER ORDERED THAT: The parties shall appear for a further Case Management Conference on February 12, 2015 at 1:30 p.m. in Courtroom 3, 5th Floor, San Jose to assess the status of the stay. The parties shall file a joint case management statement at least seven (7) days in advance and may request that the CMC be continued if there are no new developments to address with the Court.

The Motion to Dismiss Counterclaims filed by counterclaim defendant Raj Abhyanker remains scheduled for December 11, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: September 30, 2014

Hon. Beth Labson Freeman
United States District Judge

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND [PROPOSED] ORDER
RE PARTIAL STAY AND WITHDRAW OF MOTION

5

Case No. 5:14-cv-02335-BLF