MICHAEL J. SACKSTEDER (CSB No. 191605)
msacksteder@fenwick.com
LAURENCE F. PULGRAM (CSB No. 115163)
lpulgram@fenwick.com
BRYAN A. KOHM (CSB No. 233276)
bkohm@fenwick.com
GUINEVERE L. JOBSON (CSB No. 251907)
gjobson@fenwick.com
ADAM M. LEWIN (CSB No. 284905)
alewin@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

Attorneys for Defendant
NEXTDOOR.COM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FATDOOR, INC. and RAJ ABHYANKER,

    Plaintiffs,

    v.

NEXTDOOR.COM, INC.,

    Defendant.

Case No. 4:14-cv-02335-BLF

**[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL**

    In accordance with the foregoing stipulation, the Court hereby ORDERS:

    (i)    The action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii);

    (ii)    Except as set forth in any agreement between them, each party shall bear its own attorneys' fees, expenses and costs.

    **IT IS SO ORDERED.**

Dated: December 5, 2014

_____
Hon. Beth Labson Freeman
United States District Judge